UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DON OPPENHUIZEN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EMAGIN CORPORATION, JILL J. WITTELS, ERIC BRADDOM, PAUL CRONSON, ELLEN RICHSTONE, ANDREW G. SCULLEY, and STEPHEN SEAY,<br>　　　　　　Defendants. | Case No.:  1:23-cv-5360-GHW<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

　　　Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Don Oppenhuizen ("Plaintiff") voluntarily dismisses his claims in the above captioned action without prejudice.  This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment.  Plaintiff's dismissal of this Action is effective upon filing of this notice.

| | |
|---|---|
| Dated: October 5, 2023 | **BRODSKY & SMITH**<br><br>By: *Evan J. Smith*<br>　　　Evan J. Smith<br>　　　240 Mineola Boulevard<br>　　　Mineola, NY  11501<br>　　　Phone:  (516) 741-4977<br>　　　Facsimile (561) 741-0626<br><br>*Attorneys for Plaintiff* |