USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2023

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DON OPPENHUIZEN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>EMAGIN CORPORATION, JILL J. WITTELS, ERIC BRADDOM, PAUL CRONSON, ELLEN RICHSTONE, ANDREW G. SCULLEY, and STEPHEN SEAY,<br>　　　　　　　　Defendants. | Case No.: 1:23-cv-5360-GHW<br><br>**MEMORANDUM ENDORSED**<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

　　　Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Don Oppenhuizen ("Plaintiff") voluntarily dismisses his claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: October 5, 2023

　　　　　　　　　　　　　　　　　　**BRODSKY & SMITH**

　　　　　　　　　By: _Evan J. Smith_
　　　　　　　　　　　Evan J. Smith
　　　　　　　　　　　240 Mineola Boulevard
　　　　　　　　　　　Mineola, NY 11501
　　　　　　　　　　　Phone: (516) 741-4977
　　　　　　　　　　　Facsimile (561) 741-0626

　　　　　　　　　　　*Attorneys for Plaintiff*

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: October 5, 2023

　　　　　　　　　　　　　　　　_Gregory H. Woods_
　　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　United States District Judge